# EXHIBIT A

DIVISION OF CORPORATIONS



Department of State  /  Division of Corporations  /  Search Records  /  Detail By Document Number  /

# Detail by Entity Name

Florida Profit Corporation
THE ROTH MORGAN FIRM CORP

**Filing Information**

| | |
|---|---|
| **Document Number** | P16000098727 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 12/14/2016 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

37 N ORANGE AVE
SUITE 500
ORLANDO, FL 32801

**Mailing Address**

37 N ORANGE AVE
SUITE 500
ORLANDO, FL 32801

**Registered Agent Name & Address**

MARRERO, ANDREW
37 N ORANGE AVE
SUITE 500
ORLANDO, FL 32801

**Officer/Director Detail**

**Name & Address**

Title MGR

MARRERO, ANDREW
37 N ORANGE AVE
ORLANDO, FL 32801

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

12/14/2016 -- Domestic Profit          View image in PDF format

Florida Department of State, Division of Corporations

# EXHIBIT B

27006    Fax Server

# THE ROTH MORGAN FIRM

## 37 N ORANGE AVE., SUITE 500, ORLANDO FL 32801

**Christine R Badai**

▊▊▊▊▊▊

ᵢᵢᵢᵢᵢᵢᵢᵢᵢᵢᵢᵢᵢᵢᵢᵢᵢᵢᵢᵢᵢᵢᵢᵢᵢᵢᵢᵢ

**03-09-2017**

**ACCOUNT INFORMATION**

| | |
|---|---|
| ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ | |
| SSN: XXX-XX-9425 | |
| Original Creditor: Fifth Third Bank | |
| Account Type: Checking Account | |
| Account Number: ▊▊▊▊▊ | |
| Charge Off Date: 05-28-2012 | |
| **\*Total Balance Due: $2,950.65** | |

**Attn: Christine R Badai**

Your balance listed above has been assigned for collections. The full account amount owed to settle appears in the box above.

In order to prevent further collection activity on this account, you must remit payment immediately or call our offices today to negotiate a settlement amount to resolve your past due account. You may not have intentionally neglected this obligation, and we understand how this may have been overlooked but it requires your prompt attention.

Take advantage of the opportunity and avoid further collection activity on your account. If you would like to make a payment, we accept payments by phone or mail. Payments should be sent to:

**The Roth Morgan Firm**
**37 N. Orange Ave Suite 500, Orlando FL 32801**

If you are unsure whether the payment will be received in our offices on or before the due date, you may contact the undersigned Account Administrator to obtain instructions for sending funds via overnight delivery or check by phone. Please feel free to contact us at any time should you have any questions regarding your account.

Unless you notify this office within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume the debt is valid. If you notify this office in writing within 30 days after receiving this notice, this office will obtain verification of aforesaid debt and/or obtain a copy of a judgment.
**You may contact the Fifth Third Bank directly to validate account if needed at 800-972-3030.**

If you have any questions, or would like additional information regarding your delinquent account, please contact our office immediately at: **(321) 732-8184**.
**\*NOTE:** Your account may be accruing interest on a daily basis, please contact our office for an exact payoff amount.

**Please direct disputes or other correspondence regarding your account to:**
The Roth Morgan Firm : 37 N. Orange Ave Suite 500, Orlando, Fl 32801
Hours of Operations: Monday - Thursday: 10 am - 7 pm, Friday: 10 am - 5 pm, Sat - Sun: Closed

▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊

- **Call In**—Debit, or Pre-Paid Card \*(Any Valid Visa, MasterCard, or E-Check)
- **Mail In**—Cashier's Check, Certified Check, or Money Order

This is a communication from a collection agency